# IN THE SUPREME COURT OF THE STATE OF NEVADA

CONCEPT DEVELOPMENT GROUP, A NEVADA SOLE PROPRIETORSHIP,
Appellant,
vs.
JORDAN SIEGEL, AN INDIVIDUAL,
Respondent.

No. 80708

**FILED**

DEC 07 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

The parties have filed a stipulation to dismiss this appeal. As the stipulation does not appear to be signed by counsel of record for respondent, it is treated as a motion and granted as such. This appeal is dismissed. NRAP 42(b). Each party shall bear its own fees and costs.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Timothy C. Williams, District Judge
     Ara H. Shirinian, Settlement Judge
     Walsh & Friedman, Ltd.
     Howard & Howard Attorneys PLLC
     Holley Driggs/Las Vegas
     Eighth District Court Clerk

20-44418